**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6570**

———————

THEODORE J. WILLIAMS,

Plaintiff - Appellant,

versus

MACK JARVIS; DANIEL L. STIENEKE; HATTIE
PIMPONG; LINWOOD E. STANCILL; JOHN TAYLOR;
HUGH MARTIN; CARL BATTLE; ZEB HEATH; HAROLD
SMALLS; JOHN MILLS; ROOSEVELT STRICKLAND; JIM
BEANE; DONALD PEACH; CAROL WHITAKER; PHIL
HOLHOUSER; FRED B. MURCHISON; WILLIAM
SOUTHERN; DAVID BOBO; MITCH JOHNSON,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Terrence W. Boyle, Chief District Judge. (CA-99-25-5-BO)

———————

Submitted: June 17, 1999          Decided: June 23, 1999

———————

Before MURNAGHAN and TRAXLER, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Theodore J. Williams, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Theodore J. Williams appeals the district court's order dismissing as frivolous his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Williams v. Jarvis, No. CA-99-25-5-BO (E.D.N.C. Apr. 5, 1999).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2